**Scott M. BOARD, Petitioner–Appellant,**

v.

**State of VERMONT, Respondent–Appellee.**

No. 01–6735.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 8, 2001.

Scott M. Board, pro se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Scott M. Board appeals the district court's order dismissing his § 2254 petition for lack of venue. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Board's motion to proceed in forma pauperis and affirm on the reasoning of the district court. *See Board v. Vermont,* No. CA–01–38–3 (E.D. Va. Mar. 20 & Apr. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*